**UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT
OFFICE OF THE CLERK**
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

March 30, 2010

Douglas E. Cressler
Chief Deputy Clerk


Michael Wayne Thomas
FCI - El Reno
P.O. Box 1500
El Reno, OK 73036
#15707-064

**RE:     09-6189, United States v. Thomas**
         District docket: 5:04-CR-00082-R-1

Dear Mr. Thomas:

Enclosed is a copy of the order and judgment.

Please contact this office if you have questions.

                                    Sincerely,

                                    *Elisabeth A. Shumaker*

                                    Elisabeth A. Shumaker
                                    Clerk of the Court


cc:      Sanford C. Coats
         Sue Tuck Richmond


EAS/ao